**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Candida Sandoval-Escobar, et al<br><br>    Plaintiffs<br><br>        v.<br><br>Romanos Macaroni Grill Puerto Rico Inc.<br><br>    Defendant | Civil No. 22-1424 (RAM) |

**JUDGMENT**

On September 6, 2022, Plaintiffs filed a Motion for Voluntary Dismissal Without Prejudice (Docket No. 6). In accordance with the Order entered today (Docket No. 7), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of September, 2022.

                              s/Raúl M. Arias-Marxuach
                              UNITED STATES DISTRICT JUDGE